IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **LEVI SPRINGER,** | ) | |
| Plaintiff | ) | Civil Action No.: 7:12cv00158 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **C/O BROWN #1, et al.,** | ) | By: PAMELA MEADE SARGENT |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the court on the motion for sanctions, ("Motion For Sanctions"), (Docket Item No. 58), filed by the pro se plaintiff, Levi Springer, an inmate at Red Onion State Prison, ("ROSP"). In the Motion For Sanctions, Springer seeks entry of a declaratory judgment against the defendants based on an alleged violation of his constitutional right of access to the courts. Based on the arguments and representations contained in the Motion For Sanctions, the Motion For Sanctions is **DENIED** without prejudice to Springer filing a motion to amend his Complaint to allege additional facts and claims if he chooses.

This matter also is before the court on the motion for discovery violations, ("Discovery Motion"), (Docket Item No. 60), filed by Springer. Based on the arguments and representations contained in the Discovery Motions, and the defendants' representations that all documents responsive to the court's August 23, 2012, Order have been produced, the Discovery Motion is **DENIED**.

The Clerk shall mail a copy of this Order to the plaintiff.

**ENTERED**: This 14th day of September, 2012.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

-1-