CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 7 2013

JUL... ...LEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEVI SPRINGER, | ) Civil Action No. 7:12cv00158 |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| C/O BROWN #1 *et al.*, | ) |
| Defendants. | ) By: Samuel G. Wilson |
| | ) United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Springer's claims against Karen Bullion, Karen Nelson, Autumn Whitt, and Vicki Phipps are **DISMISSED**, and those defendants are **TERMINATED** as defendants in this action. This action remains pending as to the other defendants.

ENTER: March 7, 2013.

_____
UNITED STATES DISTRICT JUDGE